IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JASBIR KAUR,                        )
                                    )
           Plaintiff,               )   2:10-cv-00456-GEB-DAD
                                    )
     v.                             )   ORDER
                                    )
FIDELITY NATIONAL TITLE INSURANCE   )
CO., et al.,                        )
                                    )
           Defendants.              )
                                    )
```

Pursuant to Plaintiff's Notice of Voluntary Dismissal filed on May 13, 2010, this action is dismissed. Therefore, this action shall be closed.

Dated: May 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1